**In re Thomas MESSERGES and Ezzat A. Dabbish.**

No. 2011–1287.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2011.

Scott A. McKeown, Oblon, Spivak, McClelland, Maier & Neustadt, P.C., of

Alexandria, VA, argued for appellants. On the brief were Lawrence J. Chapa, Watson Intellectual Property Group, PLC, of Libertyville, IL; and Sylvia Chen and Roland K. Bowler, II, Motorola Mobility, Inc., of Libertyville, IL.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With him on the brief were Raymond T. Chen, Solicitor and Thomas W. Krause, Associate Solicitor.

LOURIE, BRYSON, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**